```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LARRY COOPER                      :       CIVIL ACTION
                                  :
         v.                       :
                                  :
CITY OF COATESVILLE, POLICE       :
CHIEF JULIUS CANALE,              :
INDIVIDUALLY AND IN HIS           :
OFFICIAL CAPACITY                 :
AND JOHN/JANE DOES #1-1000        :       NO. 12-3602
```

ORDER

AND NOW, this 3rd day of January, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants to dismiss the complaint is GRANTED as to plaintiff's claims under 42 U.S.C. § 1981 against defendant Julius Canale and is otherwise DENIED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                   J.